**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1888**

---

In Re: ANDREW CLIFFORD MOORE,

Debtor.

---

GEORGE E. MCDERMOTT,

Plaintiff - Appellant,

versus

ANDREW CLIFFORD MOORE,

Defendant - Appellee.

---

**No. 00-2034**

---

In Re: ANDREW CLIFFORD MOORE,

Debtor.

---

GEORGE E. MCDERMOTT,

Plaintiff - Appellant,

versus

ANDREW CLIFFORD MOORE,

Defendant - Appellee.

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-00-190-PJM, BK-88-42746)

Submitted: January 18, 2001          Decided: January 23, 2001

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George E. McDermott, Appellant Pro Se.  Andrew Clifford Moore, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In appeal No. 00-1888, George McDermott appeals from the district court's order denying his motion challenging the reassignment of his case and requesting that Judge Messitte recuse himself from McDermott's case. Because McDermott failed to allege any partiality arising from an extrajudicial source, In re Beard, 811 F.2d 818, 827 (4th Cir. 1987), we affirm the district court's order denying the motion.

Appeal No. 00-2034 is McDermott's appeal from the district court's order affirming the bankruptcy court's order entering a final decree and dismissing Andrew Moore's Chapter 11 bankruptcy case. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McDermott v. Moore, No. CA-00-190-PJM; BK-88-42746 (D. Md. July 24, 2000). We deny McDermott's motion for a directed verdict and his motion to recuse three judges from this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED